### AMELIA SHERMAN VS. HERMAN MEYER.

FARMER, J. Where there is no written and signed judgment in the record, and counsel for appellant files an affidavit that there was such judgment by the lower court, but the Clerk's affidavit is filed by the appellee, to the effect that no judgment was ever signed by the District Judge, the appeal will be dismissed. Appellant can suffer no harm until the judgment is signed.

2. A judgment sustaining the exception of "no cause of action," is a final judgment, which disposes of the lawsuit, and hence it must be signed before an appeal can be taken therefrom.

---

### HERMAN MEYER VS. NAT. BLANCHARD.

FARMER, J. Where two suits are brought separately by the same plaintiff against the same defendant, and in the same Court, and said suits are consolidated, they become one suit, and though separate judgments are rendered therein, the Circuit court will have jurisdiction if the aggregate amount sued for in both suits exceed $200, though the amount claimed in each suit is less than $100. 12 M. 302.

2. The interruption of prescription may be proved by parol, Article 2478 C. C. applying only to the renunciation of a prescription already acquired. 30 An. 496.